**E-Filed 2/22/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IRENE FLORES,

    Plaintiff,

v.

AURORA LOAN SERVICES, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., QUALITY LOAN SERVICE CORPORATION, and DOES 1-100, inclusive,

    Defendants.

No. C 12-00756 RS

**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE HEARING**

Plaintiff requests a continuance of the hearing scheduled for March 8, 2012 to March 26, 2012. Good cause appearing, the motion is hereby granted. The hearing on March 8, 2012 is hereby vacated, and continued until March 29, 2012 at 1:30 p.m. The parties shall appear in person in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, at the appointed time. Defendants may file an opposition brief no later than March 15, 2012. Plaintiff must file a reply if any by March 22, 2012. As the prior order notes, the Court retains the right to take the motion under submission pursuant to Local Rule 7-1(b) and will notify the parties if it elects to do so. Finally, plaintiff is instructed to serve a copy of this order on defendants no later than the close of business on February 23, 2012.

IT IS SO ORDERED

Dated: 2/22/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE