*E-Filed 4/18/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IRENE FLORES,

    Plaintiff,

v.

AURORA LOAN SERVICES, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., QUALITY LOAN SERVICE CORPORATION, and DOES 1-100, inclusive,

    Defendants.

No. C 12-00756 RS

**ORDER DENYING PLAINTIFF'S MOTION TO EXTEND DEADLINE**

On April 6, 2012, plaintiff's counsel filed a request for an extension of the deadline to reply to defendants' motion to dismiss. There is no indication from the filing that plaintiff met and conferred with defendants' counsel, consistent with the Local Rules' requirements. No proposed order was attached, also in violation of the Local Rules. Both the initial deadline and the requested, extended deadline have now passed, and neither party has filed anything further. The request is therefore denied. Finally, for clarity's sake, it should be noted that the filing misstates the hearing date as May 3, 2012, which in fact it has been continued to May 10, 2012.

IT IS SO ORDERED.

Dated: 4-18-12

RICHARD SEEBORG

1

No. C 12-00756 RS
ORDER